No. 78–6625.   Ho Yin Wong *v.* Bell, Attorney General, et al.   C. A. 5th Cir.   Certiorari denied.

No. 78–6628.   Silvers *v.* United States.   C. A. 7th Cir. Certiorari denied.

No. 78–6632.   Homel *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 78–6642.   Rodriguez *v.* Secretary of Health, Education, and Welfare.   C. A. 1st Cir.   Certiorari denied.

No. 78–6667.   Sullivan *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 78–6672.   Killebrew *v.* United States.   C. A. 6th Cir.   Certiorari denied.

No. 78–6673.   Farris *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 78–6674.   Cox *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 78–6675.   Apostol *v.* United States.   C. A. 7th Cir. Certiorari denied.

No. 78–6682.   Nolen *v.* Brown, Secretary of Defense. C. A. 5th Cir.   Certiorari denied.

No. 78–6698.   Fortes *v.* United States.   C. A. 2d Cir. Certiorari denied.

No. 78–6705.   Holland *v.* United States.   C. A. 6th Cir. Certiorari denied.

No. 78–6707.   Ramos-Chacon *v.* United States.   C. A. 9th Cir.   Certiorari denied.